IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PATRICK HENRY NELSON,<br><br>Plaintiff<br><br>VS.<br><br>OFFICER ROACH, *et al.*,<br><br>Defendants | NO. 5: 07-CV-427 (HL)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

**O R D E R**

Plaintiff PATRICK HENRY NELSON has filed a motion herein seeking a default judgment against defendant OFFICER ROACH. Tab #16. He bases his motion on an erroneous understanding that the defendant is required to file his response to plaintiff's complaint within thirty days of service.

Rule 4(d)(3) of the Federal Rules of Civil Procedure provides:

> *Time to Answer After a Waiver.* A defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent--or until 90 days after it was sent to the defendant outside any judicial district of the United States.

A review of the docket herein reveals that defendant OFFICER ROACH on March 17, 2008, executed the Waiver of Service of Summons sent to him by plaintiff, acknowledging that he was required to either file an answer or a motion under Rule 12 **within 60 days** of January 31, 2008. OFFICER ROACH filed a Motion to Dismiss under Rule 12 on March 31, 2008. Tab #18. Hence, he is not in default.

Accordingly, plaintiff's Motion for Default Judgment (Tab #16) is DENIED.

SO ORDERED AND DIRECTED, this 2nd day of APRIL, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE