**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

|  |  |  |
|---|---|---|
| **PATRICK HENRY NELSON,** | : | |
| **Plaintiff,** | : | |
| | : | **Civil Action No.** |
| **v.** | : | **5:07-CV-427 (HL)** |
| | : | |
| **WILLIAM TERRY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. 50), which recommends granting Defendants' Motion to Dismiss (Doc. 18, 32). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portions of the R&R to which Plaintiff objects. After careful consideration, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Defendants' Motion to Dismiss (Doc. 18, 32) are granted.

**SO ORDERED**, this the 25th day of March, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, Judge**

wjc